34092. HANKS *v.* GEORGIA POWER COMPANY *et al.*

SUTTON, C.J. The present case involves the same facts and the same questions of law and rulings of the trial court as does the case of *Hanks, by next friend,* v. *Georgia Power Co.*, ante, and is controlled by the ruling therein made.

*Judgment affirmed. Felton and Worrill, JJ., concur.*

DECIDED JULY 16, 1952—REHEARING DENIED JULY 29, 1952.

*Wright, Oxford & Love,* for plaintiff in error.

*MacDougald, Troutman, Sams & Schroder, Howard, Tiller & Howard, James A. Branch, Thomas B. Branch Jr.,* contra.